IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>AARON RAUL NUNEZ,<br><br>                     Defendant. | 4:12-CR-3099<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 109).

  On January 23, 2013, the Court entered a Preliminary Order of Forfeiture (filing 62) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 846, and his admission of the forfeiture allegation contained in the indictment. Filings 24, 48 and 60. By way of the preliminary order of forfeiture, the defendant's interest in $6,242 in United States currency was forfeited to the United States. Filing 62.

  As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 29, 2013, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 108) was filed on April 2, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

  IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 109) is granted.

2. All right, title, and interest in and to the $6,242 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 3rd day of April, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge